IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-00608-MSK-MJW

BOARD OF TRUSTEES OF THE CENTENNIAL STATE CARPENTERS' PENSION TRUST FUND; and
BOARD OF TRUSTEES OF THE CENTENNIAL SATE CARPENTERS' PENSION TRUST FUND ANNUITY PLAN,

   Plaintiffs,

v.

LAWRENCE CONSTRUCTION COMPANY, a Colorado corporation,

   Defendant.

## ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS USED IN EVIDENTIARY HEARINGS AND TRIALS

  IT IS ORDERED that, as to any exhibits and depositions used during evidentiary hearings or trials, counsel for the parties shall retrieve the originals of such exhibits and depositions from the Court following the evidentiary hearing or trial, and shall retain same for 60 days beyond the later of the time to appeal or conclusion of any appellate proceedings. The Court will retain its copy of the exhibits for the same time period after which the documents will be destroyed.

DATED this 24th day of March, 2009.

BY THE COURT:

_____

Marcia S. Krieger
United States District Judge