IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00608-MSK-MJW

BOARD OF TRUSTEES OF THE CENTENNIAL STATE CARPENTERS' PENSION
TRUST FUND, et al

Plaintiff(s),

v.

LAWRENCE CONSTRUCTION COMPANY,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Plaintiffs' Unopposed /Stipulated Motion for
Leave to Amend (docket no. 15) is GRANTED finding good cause shown.  The
Amended Complaint (docket no. 15-3) is accepted for filing as of the date of this minute
order.

Date:  June 23, 2009